**ORIGINAL**

**FILED**

JAN 1 9 2018

United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.: **18-50126**

*Ann Batinovich* Debtor(s)

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of ____ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:
1-19-2018

_____
Signature of Debtor's Attorney or Pro Per Debtor

Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Ann Batinovich
3085 Paseo Vista
San Martin, CA 95046


Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130


Doug Yoder
900 Lafayette Street, Suite 201
Santa Clara, CA 95050


Franchise Tax Board
Personal Bankruptcy MSA340
P.O. Box 2952
Sacramento, CA 95812-0295


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005


The Foreclosure Company, Inc.
3001 So. Winchester Blvd., Suite A

Thomas E. Perez
c/o Tara E. Stearns
U.S. Department of Labor- Office of the
90 7th Street, Suite 3-700
San Francisco, CA 94103


Thomas P. Tuttle and Catherine M. Tuttle
c/o Julie H. Rome-Banks
Binder Malter
2775 Park Avenue
Santa Clara, CA 95050


Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107