# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 18-50126-SLJ |
| | ) | R.S. No.: JHR-109 |
| ANN BATINOVICH | ) | Hearing Date: |
| | ) | Time: . |
| Debtor(s) | ) | |
| _____ | ) | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)     Date Petition Filed: 1-19-18          Chapter: 13
        Prior hearings on this obligation: none       Last Day to File §523/§727 Complaints: n/a

(B)     Description of personal property collateral (e.g. 1983 Ford Taurus):

         Secured Creditor [ ] or lessor [ ]
         Fair market value: $_____     Source of value: _____
         Contract Balance: $_____     Pre-Petition Default: $_____
         Monthly Payment: $_____     No. of months: _____
         Insurance Advance: $_____     Post-Petition Default: $_____
             No. of months: _____

(C)     Description of real property collateral (e.g. Single family residence, Oakland, CA): Single family residence

        Fair market value: $2,270,766     Source of value: Schedules in husband's case (#17-52444 Victor Batinovich)
        If appraisal, date: 2/22/2015 for $2,300,000 when loan was made

        Moving Party's position (first trust deed, second, abstract, etc.): Third deed of trust

        Approx. Bal. $1.193.071.64     Pre-Petition Default: $1,183,213.15
        As of (date): 1-31-2018     No. of months: 33, loan is fully matured
        Mo. payment: $8877.24 (interest only)     Post-Petition Default: $9,858.49
        Notice of Default (date): 4-5-2017     No. of months: 13 days plus attys' fees
        Notice of Trustee's Sale: 8-4-2017
        Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount (est) | Mo. Payment (est.) | Defaults (est.) |
|---|---|---|---|
| 1st Trust Deed: Wells Fargo | $448,959.97 | $13,709.51 (est) | $43,047.40 (est) |
| 2nd Trust Deed: Seterus/Fannie Mae | $65,445.00 | $3,715.00 | $22,762.65 (est) |
| See attachment for other liens | $1,039,967.90 | Unknown | $1,033,593.79 (est) |
| (Total) | $1,554,372.87 | $17,424.51 | $1,099,403.84 (est) |

Other pertinent information: Husband filed two bankruptcy cases which have now been dismissed. Debtor's first chapter 13 case was dismissed effective 1-19-18 under 11 U.S.C.§109(e) on alternative request for relief from stay. This motion alternatively seeks dismissal under §109(e) or for bad faith or alternatively for adequate protection.

Dated: January 24, 2018                 Binder & Malter LLP

                                         By: /s/ Julie H. Rome-Banks
                                             Julie Rome-Banks
                                             Attorneys for Movant

List of Additional Liens and Encumbrances:

| Additional Lien Claimants | Lien Amount | Defaults (est). |
|---|---:|---:|
| County of Santa Clara Real Property Taxes | $12,748.24 | $6,374.12 |
| 4th – Wells Fargo Bank abstract (Victor) | $487,250.93 | $487,250.93 |
| 5th – IRS Tax Lien (Ann) | $73,178.58 | $73,178.588 |
| 6th – Dept. of Labor abstract (Victor) | $410,647.68 | $410,647.68 |
| 7th - State of California Tax Lien (Victor) | $38,030.54 | $38,030.54 |
| 8th – State of California Tax Lien (Ann) | $18,111.93 | $18,111.93 |
| Total | $1,039,967.90 | $1,033,593.79 |